IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-01956-WYD-CBS

KHALILAH A. SHEBAZZ,

    Plaintiff(s),

v.

AMERICAN EXTERIORS, INC.,

    Defendant(s).

---

## ORDER OF DISMISSAL

---

THIS MATTER is before the Court on Plaintiff's Stipulated Motion for Dismissal With Prejudice, filed April 5, 2006 ("Motion for Dismissal"), in which Plaintiff indicates that the parties have amicably resolved the disputes between them, and that this matter should be dismissed with prejudice, each party to pay its own costs and attorneys' fees. In consideration thereof, it is hereby

ORDERED that this case is **DISMISSED WITH PREJUDICE**, each party to pay its own costs and attorneys' fees.

Dated:  April 5, 2006

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              U. S. District Judge